UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY LINDSEY,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>            Respondent. | NO. EDCV 20-1269-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Court's Order filed concurrently,

IT IS ADJUDGED that the letter filed by Petitioner is DENIED without prejudice and that the case be terminated without prejudice to his ability to file a petition for writ of habeas corpus under 28 U.S.C. § 2241.

DATED: July 1, 2020

                                                    DALE S. FISCHER<br>
                                                  United States District Judge